IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-02184-WDM
Criminal Action No. 03-cr-00493-WDM

UNITED STATES OF AMERICA,

v.

ROBERT JEROME JONES,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before October 20, 2010, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: September 20, 2010

BY THE COURT:

WALKER D. MILLER, Senior Judge
United States District Court