IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-493-WDM
Civil Action No. 10-cv-02184-WDM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

ROBERT JONES,

    Defendant-Movant.

___

**JUDGMENT**
___

    Pursuant to and in accordance with the Order to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered by the Honorable Walker D. Miller (ECF No. 271) and filed July 26, 2011, the following Judgment is hereby entered:

    1.    That the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (ECF No. 258) is DENIED; and

    2.    That the corresponding civil action is dismissed.

    Dated at Denver, Colorado this   27th   day of July, 2011.

                      FOR THE COURT:

                      GREGORY C. LANGHAM, CLERK

                      By:   s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk